**BARBARA H. KATZ, TRUSTEE**
57 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06510-1004
TELEPHONE (203) 772-4828
FACSIMILE (203) 777-2791
E-MAIL: barbarakatz@snet.net

April 28, 2014

Clerk, United States Bankruptcy Court
157 Church Street
18th Floor
New Haven, Connecticut  06510

    Re:    Ligi, Christopher  /
           Chapter 7
           Case No. 14-30122 JAM
           Proof of Claim Bar Date

Dear Clerk:

    This matter is now an asset case. Please set a bar date for the filing of Proofs of Claim in the above-captioned matter at your earliest possible convenience.

    Thank you.

           __/s/  Barbara H. Katz_____
           Barbara H. Katz, Trustee
           57 Trumbull Street
           New Haven, Connecticut 06510
           Telephone: (203) 772-4828
           Facsimile:  (203 777-2791
           barbarakatz@snet.net
           ct06946